| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patel, Dinker M.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**7403** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3406 Blackhawk Trail**<br>**St. Charles, IL 60174** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Kane** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under
  11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only)
  Must attach signed application for the court's consideration certifying
  that the debtor is unable to pay fee except in installments.
  Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)             THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
  be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-o ☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|

Estimated Debts

| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☑ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/10/2004
Time: 9:43:46
Debtor: DINKER M PATEL
Case: 04-04927      Fee: 209
Chapter: 7    Rec. #: 3061219
Judge: Initials MB
341 mtg: 03/08/2004 @ 01:30PM
Trustee: THOMAS SPRINGER

1:04BK04927-BK001

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) Dinker M. Patel |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___[signature]___
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X ___[signature]___
Signature of Attorney for Debtor(s)

**Eric B. Deobler, 618217**
Printed Name of Attorney for Debtor(s) / Bar No.

**White, Marsh, Anderson, Vickers & Deobler**
Firm Name

**511 East Etna Rd., Ottawa, IL 61350**
Address

**815-434-2000**                    **815-434-0564**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ___[signature]___    2/9/04
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6F (12/03)

In re  **Dinker M. Patel**          **Daksha D. Patel**          , Case No. _____
           Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Affiliated Realty & Management Co.<br>1720 W. Algonquin Rd., St 200<br>Mt. Prospect, IL 60056 | | X | 08/23/2003<br>Axar Corporation, DesPlaines, IL | | X | | 44,829.00 |
| ACCOUNT NO.<br>Alexian Bros. Medical Center<br>200 W. Higgins St. 232<br>Schaumburg, IL 60195 | | | 1/23/03<br>Medical | | X | | 266.00 |
| ACCOUNT NO. 373490777412000<br>American Express<br>P.O. Box 7871<br>Ft. Lauderdale, FL 33329 | | | 02/01/2003<br>Credit Card | | X | | 2,171.00 |
| ACCOUNT NO. 372264335701001<br>American Express<br>P.O. Box 7871<br>Ft. Lauderdale, FL 33329 | | | 02/01/2003<br>Credit Card | | X | | 6,212.00 |
| ACCOUNT NO.<br>Centra Physicians<br>P.O. Box 479<br>Winfield, IL 60190 | | | 08/26/2002<br>Medical | | X | | 71.00 |

_7_ Continuation sheets attached

Subtotal ▸ | $53,549.00
Total ▸ |

Form B6F - Cont.
(12/03)

In re  Dinker M. Patel      Daksha D. Patel      ,    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Central Dupage Hospital <br> 0N025 Winfield Rd. <br> Wheaton, IL | | | 08/26/2002 <br> Medical | | X | | 1,939.00 |
| ACCOUNT NO. 21086 <br> Chas. Levy Co. <br> P.O. Box 1166 <br> Northbrook, IL 60065 | X | J | 8/20/02 <br> Axar Corporation, Des Plaines, IL | | X | | 11,109.00 |
| ACCOUNT NO. 16114000810 <br> Choice Hotels International <br> 10750 Columbia Pike <br> Silver Spring, MD 20901 | X | | 03/17/2003 <br> Comfort Inn, Princeton, IL | | X | | 90,000.00 |
| ACCOUNT NO. <br> City of Princeton <br> Main St. <br> Princeton, IL | X | | 06/05/2003 <br> Comfort Inn, Princeton, IL | | X | | 12,244.00 |
| ACCOUNT NO. <br> Clarian Health Partners <br> 2212 Reliable Parkway <br> Chicago, IL  60686 | | | 08/22/2002 <br> Medical | | X | | 100.00 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $115,392.00

Total ➤ (Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re **Dinker M. Patel**          **Daksha D. Patel**          Case No. _____
         Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cutler & Associates<br>5550 W. Touhey Ave.<br>Skokie, IL 60077 | X | | Accounting - motels | | X | | 80,000.00 |
| ACCOUNT NO. 4406-88329<br>Days Inn Worldwide<br>1 Sylvan Way<br>Parsipanny, NJ 070554 | X | | 09/09/2002<br>Days Inn Peoria | | X | | 366,830.00 |
| ACCOUNT NO.<br>Dearborn Wholesale Grocers LP<br>2801 AS Western Ave.<br>Chicago, IL 60608 | | | 3/4/03<br>Axar Corporation, Des Plaines, IL | | X | | 10,078.00 |
| ACCOUNT NO. 6011007530159333<br>Discover<br>P.O. Box 30395<br>Salt Lake City, UT 84130 | | | 02/01/2003<br>Credit Card | | X | | 8,104.00 |
| ACCOUNT NO. 6011007450654164<br>Discover<br>P.O. Box 30395<br>Salt Lake City, UT 84130 | | | 2/1/03<br>Crediit Card | | X | | 8,957.00 |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)     **$473,969.00**

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re **Dinker M. Patel** **Daksha D. Patel**, Case No. _____
Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Emergency Medical Group 6640 Parkdale Pl., st Indianapolis, IN 46254 | | | 08/21/2002 Medical | | X | | 143.00 |
| ACCOUNT NO. First Star Bank, N.A. P.O. Box 250 Carlyle, IL 62231 | | X | 12/28/2002 Temple Hospitality, Inc., Keyesport, IL | | X | | 551,685.00 |
| ACCOUNT NO. G E Capital P.O. Box 642752 Pittsburgh, PA 15264 | | X | 9/4/02 Axar Corporation, DesPlaines, IL atm | | X | | 5,500.00 |
| ACCOUNT NO. Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794 | | X | Axar Corp. | | X | | 145,879.00 |
| ACCOUNT NO. Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794 | | X | Motels | | X | | 145,000.00 |

Sheet no. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ▸ **$848,207.00**

Total ▸ 
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re **Dinker M. Patel**     **Daksha D. Patel** ,    Case No. _____
       Debtor                                                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Imagetech L P<br>P.O. Box 740423<br>Atlanta, GA 30374 | | X | 9/4/02<br>Axar Corporation, Des Plaines, IL<br>copier | | X | | 1,100.00 |
| ACCOUNT NO.<br>Internal Revenue Service<br>3615 Park Drive, Bld 6<br>Olympia Fields, IL 60461 | | X | 10/28/2002<br>SDG Restaurants | | X | | 90,000.00 |
| ACCOUNT NO. 5474497000126<br>MBNA<br>400 Christina Rd<br>RD, De 19713 | | | 02/01/2003<br>Credit Card | | X | | 7,012.00 |
| ACCOUNT NO. 5474497000127<br>MBNA<br>400 Christina<br>RD, DE 19713 | | | 02/01/2003<br>Credit Card | | X | | 4,377.00 |
| ACCOUNT NO. 549099067807<br>MBNA<br>400 Christina<br>RD, DE 19713 | | | Credit card | | X | | 6,212.00 |

Sheet no. _4_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal ➤    **$108,701.00**
            (Total of this page)

                     Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re  **Dinker M. Patel**           **Daksha D. Patel**           , Case No. _____
         Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Merchants Credit Guide Co.<br>223 W. Jackson Blvd.<br>Chicago, IL  60606 | | | 11/16/2003<br>Medical | | X | | 575.00 |
| ACCOUNT NO.<br>National Republic Bank<br>1201 W. Harrison St.<br>Chicago, IL  60607 | X | | | | X | | 100,000.00 |
| ACCOUNT NO.<br>NCO/Riverside Dental Center<br>P.O. Box 41417<br>Philadelphia, PA  19101 | | | 09/19/2003<br>Dental | | X | | 215.00 |
| ACCOUNT NO.<br>Phoenix Leasing<br>2401 Kerner Blvd.<br>San Rafael, CA  94901 | X | | 05/17/2002<br>SGD Restaurants, Cincinnati, OH | | X | | 245,002.00 |
| ACCOUNT NO.   5/17/02<br>Provident Bank<br>1 East 4th St.<br>Cincinnati, OH 45202 | X | J | SGD Restaurants, Cincinnati. OH | | X | | 925,000.00 |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    **$1,270,792.00**

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re **Dinker M. Patel**         **Daksha D. Patel**         , Case No. _____
         Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Suburban Neurologists SC<br>200 W. Higgins St. 232<br>Schaumburg, IL 60195 | | | 01/23/2003<br>Medical | | X | | 1,080.00 |
| ACCOUNT NO.<br>Tri City Radiology<br>628 North St.<br>Geneva, IL 60134 | | | 08/21/2002<br>Medical | | X | | 347.00 |
| ACCOUNT NO. 20-059<br>Union Bev. Co.<br>135 S. LaSalle St.<br>Chicago, IL 60674 | X | | 08/20/2002<br>Axar Corporation, Des Plaines, IL | | X | | 2,031.00 |
| ACCOUNT NO.<br>UnionBank<br>122 W. Madison St.<br>Ottawa, IL 61350 | X | | Days Inn, Peoria | | X | | 50,000.00 |
| ACCOUNT NO.<br>Vector Springfield Properties, Ltd.<br>5176 Wheelis<br>Memphis, TN 38117 | X | | 05/20/2001<br>Lincoln Plaza Hotel, Springfield, IL | | X | | 1,307,775.00 |

Sheet no. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  ➤  **$1,361,233.00**

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re   **Dinker M. Patel**              **Daksha D. Patel**              , Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Windpower Electric LLC<br>621 S. Main<br>Princeton, IL 61356 | X | | 04/03/2003<br>Comfort Inn, Princeton, IL | | X | | 453.00 |
| ACCOUNT NO.<br>Witham Memorial Hospital<br>P.O. Box 1200<br>Lebanon, IN 46052 | | | 08/21/2002<br>Medical | | X | | 579.00 |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ **$1,032.00**

Total (Use only on last page of the completed Schedule F.) ➤ **$4,232,875.00**

(Report also on Summary of Schedules)

Affiliated Realty & Management Co.
1720 W. Algonquin Rd., St 200
Mt. Prospect, IL 60056


Alexian Bros. Medical Center
200 W. Higgins St. 232
Schaumburg, IL   60195


American Express
P.O. Box 7871
Ft. Lauderdale, FL   33329


Centra Physicians
P.O. Box 479
Winfield, IL  60190


Central Dupage Hospital
0N025 Winfield Rd.
Wheaton, IL


Chas. Levy Co.
P.O. Box 1166
Northbrook, IL   60065


Choice Hotels International
10750 Columbia Pike
Silver Spring, MD 20901


City of Princeton
Main St.
Princeton, IL


Clarian Health Partners
2212 Reliable Parkway
Chicago, IL   60686

Cutler & Associates
5550 W. Touhey Ave.
Skokie, IL 60077


Daksha D. Patel
3406 Blackhawk Trail
St. Charles, IL 60174


Days Inn Worldwide
1 Sylvan Way
Parsipanny, NJ 070554


Dearborn Wholesale Grocers LP
2801 AS Western Ave.
Chicago, IL 60608


Discover
P.O. Box 30395
Salt Lake City, UT 84130


Discover
P.O. Box 30395
Salt Lake City, UT 84130


Emergency Medical Group
6640 Parkdale Pl. , st
Indianapoliis, IN 46254


First American Bank
2901 E. Main St.
St. Charles, IL 60174


First Star Bank, N.A.
P.O. Box 250
Carlyle, IL 62231

G E Capital
P.O. Box 642752
Pittsburgh, PA  15264


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL  62794


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL  62794


Imagetech L P
P.O. Box 740423
Atlanta, GA 30374


Internal Revenue Service
3615 Park Drive, Bld 6
Olympia Fields, IL  60461


MBNA
400 Christina
RD, DE 19713


MBNA
400 Christina
RD, DE 19713


MBNA
400 Christina Rd
RD, De 19713


Merchants Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL  60606

National Republic Bank
1201 W. Harrison St.
Chicago, IL  60607


NCO/Riverside Dental Center
P.O. Box 41417
Philadelphia, PA  19101


Patel, Daksha D.
3406 Blackhawk Trail
St. Charles, IL  60174


Patel, Daksha D.
3406 Blackhawk Trail
St. Charles, IL  60174


Patel, Daksha D.
3406 Blackhawk Trail
St. Charles, IL  60174


Patel, Daksha D.
3406 Blackhawk Trail
St. Charles, IL  60462


Patel, Daksha D.
3406 Blackhawk Trail
St. Charles, IL  60174


Patel, Shil
8731 Crystal Creek Dr.
Orland Park, IL  60462


Patel, Shil
8731 Crystal Creek Dr.
Orland Park, IL  60462

Patel, Shil
8731 Crystal Creek Dr.,
Orland Park, IL  60462


Phoenix Leasing
2401 Kerner Blvd.
San Rafael, CA  94901


Provident Bank
1 East 4th St.
Cincinnati, OH 45202


Patel, Shil
8731 Crystal Creek Dr.
Orland Park, IL  60462


Patel, Shil
8731 Crystal Creek Dr.
Orland Park, IL  60462


Patel, Shil
8731 Crystal Creek Dr.
Orland Park, IL  60462


Patel, Shil
8731 Crystal Creek Dr.,
Orland Park, IL  60462


Patel, Shil
8731 Crystal Creek Dr.
Orland Park, IL  60462


Patel, Shil
8731 Crystal Creek Dr.
Orland Park, IL  60174

Patel, Shil
8731 Crystal Creek Dr.
Orland Park, IL   60462


Suburban Neurologists SC
200 W. Higgins St.   232
Schaumburg, IL   60195


Tri City Radiology
628 North St.
Geneva, IL   60134


Union Bev. Co.
135 S. LaSalle St.
Chicago, IL   60674


UnionBank
122 W. Madison St.
Ottawa, IL   61350


Vector Springfield Properties, Ltd.
5176 Wheelis
Memphis, TN 38117


Windpower Electric LLC
621 S. Main
Princeton, IL   61356


Witham Memorial Hospital
P.O. Box 1200
Lebanon, IN   46052

B6H
(6/90)

In re: **Dinker M. Patel** _____ , Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Daksha D. Patel<br>3406 Blackhawk Trail<br>St. Charles, IL 60174 | Chas. Levy Co.<br>P.O. Box 1166<br>Northbrook, IL 60065 |
| Patel, Daksha D.<br>3406 Blackhawk Trail<br>St. Charles, IL 60174 | Affiliated Realty & Management Co.<br>1720 W. Algonquin Rd., St 200<br>Mt. Prospect, IL 60056 |
| Patel, Daksha D.<br>3406 Blackhawk Trail<br>St. Charles, IL 60174 | Union Bev. Co.<br>135 S. LaSalle St.<br>Chicago, IL 60674 |
| Patel, Daksha D.<br>3406 Blackhawk Trail<br>St. Charles, IL 60174 | Imagetech L P<br>P.O. Box 740423<br>Atlanta, GA 30374 |
| Patel, Daksha D.<br>3406 Blackhawk Trail<br>St. Charles, IL 60462 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794 |
| Patel, Daksha D.<br>3406 Blackhawk Trail<br>St. Charles, IL 60174 | G E Capital<br>P.O. Box 642752<br>Pittsburgh, PA 15264 |
| Patel, Shil<br>8731 Crystal Creek Dr.,<br>Orland Park, IL 60462 | Days Inn Worldwide<br>1 Sylvan Way<br>Parsipanny, NJ 070554 |
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60462 | Vector Springfield Properties, Ltd.<br>5176 Wheelis<br>Memphis, TN 38117 |
| Patel, Shil<br>8731 Crystal Creek Dr.,<br>Orland Park, IL 60462 | First Star Bank, N.A.<br>P.O. Box 250<br>Carlyle, IL 62231 |
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60462 | Provident Bank<br>1 East 4th St.<br>Cincinnati, OH 45202 |
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60462 | Phoenix Leasing<br>2401 Kerner Blvd.<br>San Rafael, CA 94901 |
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60462 | National Republic Bank<br>1201 W. Harrison St.<br>Chicago, IL 60607 |
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60462 | Internal Revenue Service<br>3615 Park Drive, Bld 6<br>Olympia Fields, IL 60461 |
| Patel, Shil<br>8731 Crystal Creek Dr.,<br>Orland Park, IL 60462 | Cutler & Associates<br>5550 W. Touhey Ave.<br>Skokie, IL 60077 |

B6H
(6/90)

In re: <u>Dinker M. Patel</u>                                                    Case No. _____
         Debtor                                                                              (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60174 | Windpower Electric LLC<br>621 S. Main<br>Princeton, IL 61356 |
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60462 | UnionBank<br>122 W. Madison St.<br>Ottawa, IL 61350 |
| Patel, Shil<br>8731 Crystal Creek Dr.,<br>Orland Park, IL 60462 | Choice Hotels International<br>10750 Columbia Pike<br>Silver Spring, MD 20901 |
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60462 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794 |
| Patel, Shil<br>8731 Crystal Creek Dr.<br>Orland Park, IL 60462 | City of Princeton<br>Main St.<br>Princeton, IL |