**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DINKER M. PATEL, | ) | Case No.: | 04-04927 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AS GENERAL
COUNSEL TO THE CHAPTER 7 TRUSTEE AND FOR LIMITED NOTICE**

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT ON **Thursday, March 8, 2007, at 10:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the Honorable Judge **Manuel Barbosa**, or any Judge sitting in his stead, at the courthouse located at **Courtroom 140, Kane County Courthouse, 100 S. Third Street, Geneva, Illinois** the attached Interim Application for Allowance of Compensation as General Counsel to the Trustee and for Limited Notice, at which time you may appear as you deem necessary.

Thomas E. Springer
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187                                          /s/ Thomas E. Springer
630-510-0000                                                    Thomas E. Springer

**CERTIFICATE OF SERVICE**

I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Wheaton, Illinois before 5:45 on **February 14, 2007** with proper postage prepaid.

                                                                         /s/ Thomas E. Springer

## Service List

Dinker M. Patel
3406 Blackhawk Trail
St. Charles, IL 60174

Eric B. Doebler
511 E. Etna Road
P.O. Box 369
Ottawa, IL 61350
(Served Electronically)

William T. Neary,
U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
(Served Electronically)

Union Bank
201 E. Main
Streator, IL 61364

Days Inn Worlwide
c/o Forman Holt & Eliades
218 Route 17 North
Rochelle Park, NJ 07662

David H. Cutler
c/o Cutler & Associates
5550 W. Touhy Avenue, Ste. 400
Skokie, IL 60077

Tri City Radiology
628 North Street
Geneva, IL 60134

Illinois Department of Revenue
Bankruptcy Unit
100 West Randolph Street, #7-400
Chicago, IL 60601

American Express Bank, FSB
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

B-Line, LLC/Collect America
Maryland National Bank B-Line, LLC
Mail Stop 550
2101 Fourth Ave., Suite 900
Seattle, WA 98121

Choice Hotels International
10760 Columbia Pike
Silver Spring, MD 20901
Attn: Kerry S. McGeever, Esq.

Chas Levy Circulating Co, LLC
Michael Weiss, Esq.
P.O. Box 1166
Northbrook, IL 60065

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DINKER M. PATEL, | ) | Case No.: | 04-04927 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL
TO THE CHAPTER 7 TRUSTEE AND FOR LIMITED NOTICE**

**NOW COMES** Thomas E. Springer, Esq. and Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant") as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from July 22, 2004 through preparation of Applicant's current Final Fee Application, February 9, 2007. The Application represents 26.3 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $7,709.00 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on February 10, 2004 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On July 29, 2004, this Court entered an Order authorizing the Trustee to retain the Applicant as legal counsel. The hourly rates of all Applicant's professionals and para-professionals are competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.  CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed his Chapter 7 proceeding on February 10, 2004 and on Schedule "A" he listed his ownership interest in the real property located at 3604 Blackhawk Trail, St. Charles, Illinois (hereinafter "Subject Property") as only a "lease on month to month basis".  At the 341 Meeting of Creditors, the Trustee requested further information from the Debtor regarding his interests in various businesses and information regarding the Subject Property.  The documents produced showed the chain of title to the Subject Property.  In 2001, the Debtor and his nonfiling spouse, Daksha Patel, quit claimed their ownership interest to LaSalle Bank National Association as Trustee under the Trust Agreement Number 127195.  In 2002, the Debtor and Daksha Patel transferred their entire beneficial interests in the Trust, *except* the power of direction, to Amy and Ronak Patel.

Applicant researched defenses regarding the issue of avoidable conveyance and turnover under Religious Freedom Restoration Act and the Religious Land Use and Institutionalized Person Act.  After determining that defenses under either religious Act would not prevail in an avoidance action, Applicant then researched whether the transfer could be avoided and if so, whether the transfer severed the tenancy by the entirety.  Applicant concluded that the transfer of their beneficial interest in the Trust by Debtor and Daksha Patel, severed the ownership right, title and interest through tenancy by the entirety and resulted in and created a subsequent ownership interest by each in equal share of the property as tenants in common.

The Trustee requested a market analysis of the Subject Property from realtor, Jim Leduc. Mr. Leduc believed that the fair market value of the Subject Property to be between $350,000 and $365,000.  Taking into consideration the mortgage on the Subject Property and costs of sale, the Trustee determined that the Estate's ½ interest in the Subject Property was $147,000.

On February 8, 2006, Applicant filed an adversary complaint to avoid the fraudulent transfer and to sell the Subject Property pursuant to §363(h).  The Trustee and the Debtor's attorney reached a settlement of $20,000.00, pending Court approval.  On June 9, 2006, Applicant filed a Motion for Approval of Compromise and Settlement. On June 29, 2006, the Order Approving the Compromise and Settlement was entered.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.  Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached as Exhibit "A".

     The claims bar date was May 2, 2005.  The Trustee reviewed all claims for appropriate document attachments, and/or proper referencing of the Debtors' account and the Estate's distribution obligations.  Applicant filed two Objections to claims to reclassify the claims from priority to general unsecured claims.  The Orders reclassifying the claims were entered November 30, 2006.

     The Trustee has not made any disbursements from the Estate account.  As of February 9, 2006, there remains $20,101.55 in the Estate account with interest continuing to accrue on the account.  The accrued unpaid administrative expenses include the Trustee's compensation and Applicant's pending Fee Application.  The estimated total amount of such unpaid administrative expenses is $10,469.16.  The remaining estate funds will be paid to the Internal Revenue Service for its priority tax claim.

     In an effort to reduce expense and costs to the bankruptcy estate, Applicant requests that notice and service of this Motion be limited to parties in interest and creditors who have filed proofs of claim with the Clerk of the Court in this matter.

     **WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $7,709.00 and reimbursement of actual and necessary expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment and allowing for limited and reduced notice as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: February 9, 2007                         Respectfully Submitted,
                                                    Thomas E. Springer
                                                    Counsel to Trustee Thomas E. Springer

                                                    BY: Springer, Brown, Covey, Gaertner & Davis, LLC


                                                    By:   /s/ Thomas E. Springer
                                                            Thomas E. Springer
                                                            One of His Attorneys



Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000