**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DONATA PUDLOW-DYMEK, | ) | Case No.: | 05-14266 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE AND FOR LIMITED NOTICE**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT ON **Thursday, March 8, 2007, at 10:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the Honorable Judge **Manuel Barbosa**, or any Judge sitting in his stead, at the courthouse located at **Courtroom 140, Kane County Courthouse, 100 S. Third Street, Geneva, Illinois** the attached Interim Application for Allowance of Compensation as General Counsel to the Trustee and for Limited Notice, at which time you may appear as you deem necessary.

Thomas E. Springer
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187                                           /s/ Thomas E. Springer
630-510-0000                                                    Thomas E. Springer

**CERTIFICATE OF SERVICE**

I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Wheaton, Illinois before 5:45 on **February 14, 2006** with proper postage prepaid.

                                                            /s/ Thomas E. Springer

## Service List

Donata Pudlow-Dymek
139 Indian Lane
Carpentersville, IL 60110

George Pecherek
727 W. Devon Avenue
Park Ridge, IL 60068
(Electronically Served)

William T. Neary,
U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Glenview State Bank
Donald Newman
11 S. LaSalle Street
Suite 1500
Chicago, IL 60603

First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68105

Creditor Name
Discover Bank/Discover Financial
Services
P.O. Box 8003
Hilliard, OH 43026

Recovery Management Systems
Corporation
for GE Money Bank
dba American Eagle
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Recovery Management Systems
Corporation
for The Gap
dba American Eagle
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

B-Line, LLC/Cingular Wireless LLC
Mail Stop 550
2101 4th Avenue, Suite 1030
Seattle, WA 98121

Citibank (South Dakota) NA
Citibank/Choice
Exception Payment Processing
P.O. Box 6305
The Lakes, NV 88901-6305

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DONATA PUDLOW-DYMEK, | ) | Case No.: | 05-14266 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES
### AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE AND FOR LIMITED
### NOTICE

**NOW COMES** Thomas E. Springer, Esq. and Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant") as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from December 12, 2005 through preparation of Applicant's current Final Fee Application, February 13, 2007. The Application represents 16.4 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $5,015.00 and $41.51 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on April 14, 2005 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On January 5, 2006, this Court entered an Order authorizing the Trustee to retain the Applicant as legal counsel. The hourly rates of all Applicant's professionals and para-professionals are competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed her Chapter 7 proceeding on April 14, 2005 and there was no real property listed on Schedule "A". At the 341 Meeting of Creditors, the Trustee discovered that the Debtor transferred her interest in her homestead real property located at 139 Indian Trail, Carpentersville, Illinois (hereinafter "Subject Property") to her husband.  After further investigation, the Trustee discovered that the Debtor quitclaimed her interest in the Subject Property to her husband on December 17, 2003, which was within one year from the date of the filing of her petition.

The Trustee requested a market analysis of the Subject Property from realtor, Jim Leduc. Mr. Leduc believed that the fair market value of the Subject Property to be between $190,000 and $200,000.00.  Taking into consideration the mortgage on the Subject Property and costs of sale, the Trustee determined that the Estate's ½ interest in the Subject Property was $84,625.00. The claims bar date in this matter was April 21, 2006 and only $32,653.28 in unsecured claims were filed.

Applicant made an offer to the Debtor to purchase the estate's interest in the Subject Property rather than filing an adversary complaint to avoid the fraudulent transfer and sell the Subject Property.  Applicant failed to receive a response from the Debtor and proceeded with drafting the adversary complaint.  Just before Applicant filed the adversary complaint, the Debtor's attorney responded to Applicant and made an offer to settle.  Applicant and the Debtor's attorney negotiated and reached a settlement of $40,000.00, pending Court approval. On July 27, 2006, Applicant filed a Motion for Approval of Compromise and Settlement. On August 24, 2006, the Order Approving the Compromise and Settlement was entered.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

The claims bar date was April 21, 2006.  The Trustee reviewed all claims for appropriate document attachments, and/or proper referencing of the Debtors' account and the Estate's distribution obligations.  Applicant filed an objection to the secured claim of Glenview State Bank and the order disallowing the secured claim was entered November 30, 2006.

The Trustee has not made any disbursements from the Estate account.  As of February 13, 2007, there remains $40,138.21 in the Estate account with interest continuing to accrue on the account.  The accrued unpaid administrative expenses include the Trustee's compensation,

Realtor's fees, and Applicant's pending Fee Application. The estimated total amount of such unpaid administrative expenses is $10,420.33. Additionally, timely filed unsecured claims total $25,841.01 and are estimated to receive a 100% distribution and the untimely filed unsecured claim of $6,812.27 is estimated to receive a distribution of 56.91%.

In an effort to reduce expense and costs to the bankruptcy estate, Applicant requests that notice and service of this Motion be limited to parties in interest and creditors who have filed proofs of claim with the Clerk of the Court in this matter and also requests notice time be reduced and approved to include the period of time of service of this application to presentment before the Court pursuant to FRBP 9006 and 9007.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached as Exhibit "A" and an itemization of the reasonable and necessary expenses Applicant incurred are attached as Exhibit "B". Applicant's request for reimbursement of expenses does not include any of the ordinary operating expenses of Applicant's practice of law. Applicant is requesting reimbursement of photocopy charges at the rate of 10¢ per copy. Applicant's expense request does not include any long distance telephone service charges.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $5,015.00 and reimbursement of actual and necessary expenses in the amount of $41.51 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment and allowing for limited and reduced notice as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: February 13, 2007

Respectfully Submitted,
Thomas E. Springer
Counsel to Trustee Thomas E. Springer

BY: Springer, Brown, Covey, Gaertner & Davis, LLC


By:     /s/ Thomas E. Springer /s/
        Thomas E. Springer
        One of His Attorneys


Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000