**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-04927 -MB | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | PATEL, DINKER M | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0932 MONEY MARKET |
| Taxpayer ID No: | *******5965 | | |
| For Period Ending: | 03/20/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/06 | 10 | Ronak D. Patel<br>c/o LaSalle Bank, N.A.<br>Chicago, IL | Settlement of fraudulent conveyance | 1241-000 | 20,000.00 | | 20,000.00 |
| 07/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.52 | | 20,000.52 |
| 08/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 16.99 | | 20,017.51 |
| 09/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 16.44 | | 20,033.95 |
| 10/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.02 | | 20,050.97 |
| 11/30/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 16.48 | | 20,067.45 |
| 12/29/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.03 | | 20,084.48 |
| 01/31/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 17.07 | | 20,101.55 |
| 02/28/07 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 15.42 | | 20,116.97 |
| 03/08/07 | 001000 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | | 3110-000 | | 7,709.00 | 12,407.97 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,116.97 | 7,709.00 | 12,407.97 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,116.97 | 7,709.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,116.97 | 7,709.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******0932 | 20,116.97 | 7,709.00 | 12,407.97 |
| | 20,116.97 | 7,709.00 | 12,407.97 |
| | (Excludes Account | (Excludes Payments | Total Funds |
| Page Subtotals | 20,116.97 | 7,709.00 | |

Ver: 11.80

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 04-04927 -MB |
| Case Name: | PATEL, DINKER M |
| Taxpayer ID No: | *******5965 |
| For Period Ending: | 03/20/07 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0932 MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) Transfers) | Disbursements ($) To Debtors) | Account / CD Balance ($) On Hand |

MONEY MARKET - ********0932

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 11.80

LFORM24