UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| PATEL, DINKER M | ) | CASE NO. 04-04927-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor, Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:      Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

   On:  **August 23, 2007**                     Time:  **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   Receipts                                                    $20,116.97

   Disbursements                                              $7,709.00

   Net Cash Available for Distribution                        $12,407.97

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, Trustee | $0.00 | $2,761.70 | $0.00 |
| THOMAS E. SPRINGER, Trustee attorney | $7,709.00 | $0.00 | $0.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $293,481.16 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 3.29% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Illinois Department of Revenue | $293,481.16 | $9,646.27 |

7.    Claims of general unsecured creditors totaling $1,355,878.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.00% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Union Bank | $552,889.46 | $0.00 |
| 2 | Days Inn Worldwide | $372,874.87 | $0.00 |
| 3 | David H. Cutler | $118,669.91 | $0.00 |
| 4 | Tri City Radiology | $1,600.00 | $0.00 |
| 5 | Illinois Department of Revenue | $189,613.00 | $0.00 |
| 6 | American Express Bank, FSB | $6,212.06 | $0.00 |
| 7 | B-Line,             LLC/Collect America/MARYLAN | $20,816.20 | $0.00 |
| 8 | Choice Hotels International | $82,093.35 | $0.00 |
| 9 | Chas Levy Circulating  Co LLC | $11,109.84 | $0.00 |

8.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Estate | $0.00 |
| Cash | $200.00 |
| Checking Account | $100.00 |
| Religious Books | $150.00 |
| Personal clothing | $200.00 |
| IRS-UBS Paine Webber | $35,767.00 |
| Various Motels (See attached sheet) | $100.00 |
| SDG Restaurants, LLC (See attached sheet) | $5.00 |
| Personal injury (see attached) | $500.00 |

Dated:  **July 24, 2007**                                      For the Court,


By:   **KENNETH S GARDNER**
        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street; 7th Floor
        Chicago, IL 60604


Trustee:          Thomas E. Springer
Address:          400 S. County Farm Road
                  Suite 330
                  Wheaton, IL  60187
Phone No.:        (630) 510-0000

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 2            Date Rcvd: Jul 24, 2007
Case: 04-04927                 Form ID: pdf002          Total Served: 48
```

The following entities were served by first class mail on Jul 26, 2007.
```
db          +Dinker M Patel,    3406 Blackhawk Trail,    St Charles, IL 60174-8633
aty         +Barabara K Hamilton,    Becket & Lee LLP,    POB 35480,    Newark, NJ 07193-5480
aty         +Eric B Deobler,    White Marsh Anderson,    511 E Etna Rd Pob 369,    Ottawa, IL 61350-0369
aty         +Thomas E. Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
tr          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
7753034     +Affiliated Realty & Management Co.,    1720 W. Algonquin Rd., St 200,    Mt. Prospect, IL 60056-5400
7753035     +Alexian Bros. Medical Center,    200 W. Higgins St. 232,    Schaumburg, IL 60195-3724
9043553      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
7753036      American Express Centurion Bank,    C/O Becket & Lee,    P O Box 3001,    Malvern, PA 19355-0701
7753037     +Centra Physicians,    P.O. Box 479,    Winfield, IL 60190-0479
7753038      Central Dupage Hospital,    0N025 Winfield Rd.,    Wheaton, IL
9335471     +Chas Levy Circulating  Co LLC,    Michael Weiss ESQ,    P O BOX 1166,    Northbrook, IL 60065-1166
7753039     +Chas. Levy Co.,    P.O. Box 1166,    Northbrook, IL 60065-1166
7753040     +Choice Hotels International,    10750 Columbia Pike,    Silver Spring, MD 20901-4491,
              Attn: Kerry S. McGeever Esq
7753041     +City of Princeton,    Main St.,    Princeton, IL 61356
7753042     +Clarian Health Partners,    2212 Reliable Parkway,    Chicago, IL 60686-0001
7753043     +Cutler & Associates,    5550 W. Touhey Ave.,    Skokie, IL 60077-3253
7753044     +Daksha D. Patel,    3406 Blackhawk Trail,    St. Charles, IL 60174-8633
8950960     +David H. Cutler,    c/o Cutler & Associates,    5550 W Touhy Ave, Ste 400,    Skokie IL 60077-3253
7753045     +Days Inn Worldwide,    C/O Forman Holt & Eliades,    218 Route 17 North,
              Rochelle Park, NJ 07662-3399
7753046      Dearborn Wholesale Grocers LP,    2801 AS Western Ave.,    Chicago, IL  60608
7753049     +Emergency Medical Group,    6640 Parkdale Pl. , st,    Indianapoliis, IN 46254-5619
7753050     +First American Bank,    2901 E. Main St.,    St. Charles, IL 60174-4290
7753051     +First Star Bank, N.A.,    P.O. Box 250,    Carlyle, IL 62231-0250
7753052     +G E Capital,    P.O. Box 642752,    Pittsburgh, PA 15264-2752
7753056    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
7753053     +Illinois Department of Revenue,    Bankruptcy Unit,    100 West  Randoplh St #7-400,
              Chicago, IL 60601-3218
7753054     +Illinois Department of Revenue,    P.O. Box 19035,    Springfield, IL 62794-9035
7753055     +Imagetech L P,    P.O. Box 740423,    Atlanta, GA 30374-0423
7753057     +MBNA,    400 Christina,    RD, DE 19713-4220
7753059     +MBNA,    400 Christina Rd,    RD, De 19713-4220
7753060     +Merchants Credit Guide Co.,    223 W. Jackson Blvd.,    Chicago, IL 60606-6993
7753062     +NCO/Riverside Dental Center,    P.O. Box 41417,    Philadelphia, PA 19101-1417
7753061     +National Republic Bank,    1201 W. Harrison St.,    Chicago, IL 60607-3329
7753063     +Patel, Daksha  D.,    3406 Blackhawk Trail,    St. Charles, IL 60174-8633
7753068     +Patel, Shil,    8731 Crystal Creek Dr.,    Orland Park, IL 60462-5688
7753071     +Phoenix Leasing,    2401 Kerner Blvd.,    San Rafael, CA 94901-5529
7753072     +Provident Bank,    1 East 4th St.,    Cincinnati, OH 45202-3717
7753080     +Suburban Neurologists SC,    200 W. Higgins St. 232,    Schaumburg, IL 60195-3724
7753081     +Tri City Radiology,    628 North St.,    Geneva, IL 60134-1356
7883809     +Union Bank,    201 E Main,    Streator, IL 61364-2977
7753082     +Union Bev. Co.,    135 S. LaSalle St.,    Chicago, IL 60674-0001
7753083     +UnionBank,    122 W. Madison St.,    Ottawa, IL 61350-5017
7753084     +Vector Springfield Properties, Ltd.,    5176 Wheelis,    Memphis, TN 38117-4520
7753085     +Windpower Electric LLC,    621 S. Main,    Princeton, IL 61356-2094
7753086     +Witham Memorial Hospital,    P.O. Box 1200,    Lebanon, IN 46052-3005
```

The following entities were served by electronic transmission on Jul 25, 2007.
```
9145096     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jul 25 2007 03:30:06
              B-Line, LLC/Collect America/MARYLAND NATIONAL BANK,    B-Line, LLC,    Mail Stop 550,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
7753047     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2007 03:30:28    Discover,    P.O. Box 30395,
              Salt Lake City, UT 84130-0395
                                                                                TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Daniel M Eliades
aty          James G Healy
aty          Thomas E Springer
cr           Central Dupage Hospital
cr           Choice Hotels International, Inc.
cr           Days Inn Worldwide, Inc
aty*        +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
7753048*   ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court: Discover,    P.O. Box 30395,    Salt Lake City, UT 84130-0395)
7753058*    +MBNA,    400 Christina,    RD, DE 19713-4220
7753064*    +Patel, Daksha D.,    3406 Blackhawk Trail,    St. Charles, IL 60174-8633
7753065*    +Patel, Daksha D.,    3406 Blackhawk Trail,    St. Charles, IL 60174-8633
7753067*    +Patel, Daksha D.,    3406 Blackhawk Trail,    St. Charles, IL 60174-8633
7753066*    +Patel, Daksha D.,    3406 Blackhawk Trail,    St. Charles, IL 60174-8633
7753078*    +Patel, Shil,    8731 Crystal Creek Dr.,    Orland Park, IL 60462-5688
7753069*    +Patel, Shil,    8731 Crystal Creek Dr.,    Orland Park, IL 60462-5688
7753073*    +Patel, Shil,    8731 Crystal Creek Dr.,    Orland Park, IL 60462-5688
7753074*    +Patel, Shil,    8731 Crystal Creek Dr.,    Orland Park, IL 60462-5688
```

```
District/off: 0752-1         User: amcc7            Page 2 of 2            Date Rcvd: Jul 24, 2007
Case: 04-04927               Form ID: pdf002        Total Served: 48


            ***** BYPASSED RECIPIENTS (continued) *****
7753075*    +Patel, Shil,   8731 Crystal Creek Dr.,   Orland Park, IL 60462-5688
7753077*    +Patel, Shil,   8731 Crystal Creek Dr.,   Orland Park, IL 60462-5688
7753079*    +Patel, Shil,   8731 Crystal Creek Dr.,   Orland Park, IL 60462-5688
7753070*    +Patel, Shil,   8731 Crystal Creek Dr.,,  Orland Park, IL 60462-5688
7753076*    +Patel, Shil,   8731 Crystal Creek Dr.,,  Orland Park, IL 60462-5688
                                                                         TOTALS: 6, * 16

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2007**                              **Signature:**    _Joseph Speetjens_